1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANN H. McGLENON, 100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ABEL ROBLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-CR-00467 LJO-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CORRECT CLERICAL ERROR IN *"JUDGMENT IN A CRIMINAL CASE,"* PURSUANT TO RULE 36, FED. R. CRIM. PROC. |
| ABEL ROBLEDO, | ) |
| Defendant. | ) |

**Background**

On March 4, 2011 Defendant, Abel Robledo, entered his plea of guilty to the charges in the above-referenced matter. Co-defendant, Patricia Serbera-Robledo, entered her guilty plea on April 29, 2011 to the same charges.

On May 6, 2011, Defendant Abel Robledo was sentenced by the court and the Judgment issued indicating, amongst other provisions, that defendant pay the amount of $13,167.50 in restitution. Co-defendant, Patricia Serbera-Robledo, was sentenced on July 22, 2011. She was ordered to pay restitution in the amount of $13,167.50, "*jointly and severally*" with Abel Robledo.

/ / /

/ / /

/ / /

# STIPULATION

Pursuant to Rule 36 of the Rules of Criminal Procedure, the parties hereto and through their respective counsel, Assistant U.S. Attorney, Kirk E. Sheriff, counsel for Plaintiff, and Ann H. McGlenon, Assistant Federal Defender, counsel for defendant, stipulate to the correction of the omission of the term "*Joint and Several*" payment of restitution with his co-defendant in the Judgment issued May 6, 2011.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 8, 2013     /s/ Kirk E. Sherriff
                      KIRK E. SHERRIFF
                      Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 8, 2013     /s/ Ann H. McGlenon
                      ANN H. McGLENON
                      Assistant Federal Defender
                      Attorney for Defendant
                      ABEL ROBLEDO

# ORDER

IT IS SO ORDERED.

Dated: **May 9, 2013**     /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE