IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ABEL ROBLEDO, ) <br> ) <br> Defendant. ) <br> ) | No. 1:10-CR-00467-001 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on August 19, 2013, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, August 21, 2013 to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   August 19, 2013**           /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE